## Catherine M. Jacobson, Appellee, v. Chicago Motor Coach Company, Appellant.

**Gen. No. 43,464.**

132

opinion filed February 14, 1946; released for publication February 26, 1946. Barrett, Barrett, Costello & Barrett, for appellant; Errett O. Graham, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.